UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>WESTERN NEWSPAPER UNION, *et al.*,<br>　　　Defendants. | 1:20-mc-793<br><br>(Original Civil Action No. 87-60;<br>Civil Action No. 60-Civ.-1803) |

**ORDER TERMINATING FINAL JUDGMENTS**

　　　The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgments, it is

　　　**ORDERED, ADJUDGED, AND DECREED:**

　　　That said final judgments are hereby terminated.
　　　The Clerk of Court is respectfully directed to close this case.


Dated:  December 23, 2020　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　Southern District of New York